AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) |
| v. | ) |
| JUSTIN JOHNSON | ) Case No. |
| | )      6:22-mj-1154 |
| | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 4, 2022__ in the county of __Seminole__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) | Sexual Exploitation of Children (Production of child pornography). |

This criminal complaint is based on these facts:

See attached affidavit.

☒ Continued on the attached sheet.

_____
Complainant's signature

Rodney Hyre, Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: 2/25/22

_____
Judge's signature

City and state: Orlando, Florida

LESLIE HOFFMAN PRICE, U.S. Magistrate Judge
Printed name and title

STATE OF FLORIDA                          CASE NO. 6:22-mj- 1154

COUNTY OF ORANGE

## AFFIDAVIT

## INTRODUCTION

I, Rodney Hyre, being duly sworn, do hereby depose and state as follows:

1. For the past 20 years, I have been employed as a Special Agent with the Federal Bureau of Investigation (FBI). I am currently assigned to the Tampa Division Orlando Resident Agency of the FBI.

2. Since 2009, I have been investigating crimes against children. I have received specialized training in the investigations of sex crimes, child exploitation, child pornography, and computer crimes. I have been involved in investigations involving child pornography and online solicitation/enticement of a minor. I have participated in investigations of persons suspected of violating federal child pornography laws, including 18 U.S.C. §§ 2251(a) and (e), 2252, and 2252A. I have also participated in various training courses for the investigation and enforcement of federal child pornography laws in which computers and cellular phones are used as the means for receiving, transmitting, and storing child pornography. Additionally, I have participated in the execution of search warrants involving searches and seizures of computers, computer equipment, software, and electronically stored information.

3. I submit this affidavit in support of a criminal complaint against JUSTIN

DWAYNE JOHNSON, SR. (JOHNSON). As set forth in more detail below, I believe there is probable cause to believe that on or about January 4, 2022, JOHNSON used, employed, induced, enticed, persuaded, or coerced a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct through the use of a cellphone that traveled in, and is a facility of interstate commerce, in violation of 18 U.S.C. § 2251(a).

4. I make this affidavit from personal knowledge based on my participation in this investigation, information from other criminal investigators, information from law enforcement officers, information from agency reports, and a review of documents provided to me by these witnesses and law enforcement officers. Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint, I have not set forth each and every fact learned during the course of this investigation.

## INVESTIGATION

5. On January 28, 2022, the Seminole County Child Protective Services received a report concerning a foster parent identified as JUSTIN JOHNSON (JOHNSON). The report indicated that JOHNSON was recording children within his home located in Sanford, Florida 32771. The report received from an associate of JOHNSON, D.A. stated the following:

> "The foster parent has been recording the victim children in the home via cameras he installed into the walls of the girls' bedrooms. There are hundreds of videos which showed the foster parent touching the victim children while they are asleep, the victim children naked, and the victim children changing

2

clothes. [A child] noticed the flashing blue light on the camera. On the morning of 1/28/22, the foster parent asked D.A. to take the camera."

6. On January 28, 2022, the case was assigned to Investigator David Thomas with the Sanford Police Department. On the same date, Investigator Thomas was contacted by D.A., who arrived at Sanford Police Department and turned over two wall socket spy cameras. D.A. told Investigator Thomas that JOHNSON had provided the cameras to D.A. for the purpose of holding them in case JOHNSON'S residence was searched by the police for the cameras. Investigator Thomas turned over these two devices to the Seminole County Sheriff's Office Digital Forensic Unit.

7. On January 30, 2022, D.A. stated to Investigator Thomas that he met with JOHNSON and JOHNSON provided D.A. a blue Apple iPhone 13 Pro Max Serial: F2LDQ3MN0D4C, a black Apple iPad Pro Serial: DLXXW33VKC6T and a black HP Compaq Elite 8300 computer Serial: 2UA3171CCC. JOHNSON requested D.A. keep them in his possession because JOHNSON believed law enforcement may be searching his residence in the near future.

8. On January 31, 2022, Investigator Thomas contacted D.A. and scheduled an appointment to meet with D.A. at the Sanford Police Department located at 815 Historic Goldsboro Boulevard, Sanford, Florida. The meeting was scheduled so D.A. could turn over JOHNSON'S blue Apple iPhone 13 Pro Max Serial: F2LDQ3MN0D4C, black Apple iPad Pro Serial: DLXXW33VKC6T and

3

black HP Compaq Elite 8300 computer Serial: 2UA3171CCC that JOHNSON asked D.A. to hold.

9. On February 10, 2022, D.A. arrived at the Sanford Police Department and agreed to conduct a controlled phone call with JOHNSON in the presence of Investigator Thomas. During the controlled phone call, JOHNSON stated that his blue Apple iPhone 13 Pro Max Serial: F2LDQ3MN0D4C, black Apple iPad Pro Serial: DLXXW33VKC6T and black HP Compaq Elite 8300 computer Serial: 2UA3171CCC contained images and videos of child sexual abuse material (CSAM). JOHNSON provided D.A. the password and security codes to access the devices in belief that D.A. would delete the CSAM. JOHNSON also requested to meet with D.A. in person and was afraid of law enforcement looking into the recordings. Investigator Thomas turned over these three devices to the Seminole County Sheriff's Office Digital Forensic Unit. A search warrant was sought and obtained from the 18th Judicial Circuit in Seminole County Florida, to search the three devices for evidence of CSAM.

10. On February 15, 2022, Investigator Thomas received information that that JOHNSON was possibly making plans to flee the area. JOHNSON was looking for a vehicle and hotel room, and stated he had no plans to return to the Sanford, Florida area. On the same date, JOHNSON was arrested by the Orlando Police Department in response to an arrest warrant issued out of Seminole County, Florida. The arrest took place at a McDonalds restaurant located at 6875 Sand Lake Road, Orlando, Florida. Johnson invoked his Miranda rights following his arrest.

4

11. On February 17, 2022, pursuant to the state search warrant, Seminole County Sheriff's Office Detective Nelson Tai and FBI Special Agent (SA) Kevin Kaufman physically accessed JOHNSON'S cellular device identified as an Apple iPhone 13 Pro Max serial number F2LDQ3MN0D4C (the device) using the password provided by JOHNSON to D.A. This is the device which JOHNSON claimed to be his phone when he turned it over to D.A. Investigators utilized password xxxx69, which JOHNSON provided in the controlled phone call to D.A., to access the device. Also located in the device were numerous family images containing JOHNSON'S image, wedding images of JOHNSON'S wedding and selfies of JOHNSON. In addition, numerous emails were located in the device which were addressed to JUSTIN JOHNSON.

12. When Investigators accessed the device, investigators went to the "Misc" folder and accessed the "VS2" application which is password protected. Investigators utilized password xx25 to gain access to the application which was a password JOHNSON provided D.A. When investigators accessed the application, they observed 2 folders titled "Photos" and "Videos." SA Kaufman accessed the "Photos" folder and discovered 36 sub folders. The subfolders contained adult pornography and CSAM.

13. The second folder titled "Photos" contained 36 sub folders. Within the sub folders, SA Kaufman discovered a folder titled "Sad" which contained numerous images and videos of CSAM.

14. SA Kaufman looked in the next folder titled "Li 6". Within the folder,

5

SA Kaufman located 1 image and 5 videos. Below is a description of one of the videos:

> **Title:** Video-30-Nov-2021 22:57:48:
> **Description:** The video is approximately 1 minute and 55 seconds in length. In the video an adult male is observed digitally penetrating a female child who is approximately 7 years old. The child victim was identified as CHILD VICTIM 1 (CV1).

15. As SA Kaufman continued looking through the phone, SA Kaufman observed more than 50 images of CSAM to include the following image:

> **Title:** Photo-29-Mar-2019 09:33:50
> **Description:** The image is of an 18-day old infant who is on a changing bed naked. An adult male's erect penis is lying between the child's vagina. The child was identified as CHILD VICTIM 2 (CV2).
> **Date Created:** March 29, 2019
>
> **Title:** Video-04-Jan-2022 13:47:52
> **Description:** The video is approximately 42 seconds in length. In the video an adult male's face is shown. The male is identified as JOHNSON. JOHNSON is observed pulling the underwear off of a female child who is approximately 4 years old exposing her vagina to the camera. The child then lays on the ground and spreads her legs while JOHNSON focuses the camera on her vagina. The child was identified as CHILD VICTIM 4 (CV4).
> **Date Created:** January 4, 2022

16. As SA Kaufman continued to look through the device, SA Kaufman located 4 images and 2 videos of a female later identified as CHILD VICTIM 5 (CV5). The videos and images are sequential in time/date and are described below:

> **Title:** Photo-14-Jun-2019 14:09:47
> **Description:** An image of a female child who is approximately three years old. The child is asleep on the ground covered by a blanket
> **Date Created:** June 14, 2019
>
> **Title:** Photo-14-June-2019 14:11:50

6

**Description:** An image of a female child who approximately three years old. The child is sleeping while an adult male holds his penis above the child's face. The child was later identified as CV5.
**Date Created:** June 14, 2019

**Title:** Photo-14-June-2019 14:11:59
**Description:** An image of a female child who is approximately three years old. The child is sleeping while an adult male holds his penis above the child's face.
**Date Created:** June 14, 2019

**Title:** Photo-14-Jun-2019 14:16:10
**Description:** An image of a female child who is approximately 3 years old asleep on the ground. The child is in a pair of blue panties and a pajama top
**Date Created:** June 14, 2019

**Title:** Video – 14-Jun-2019 14:21:23
**Description:** The video is approximately 37 seconds in length. The video is of an adult male and a female child who is approximately 3 years old. In the video an adult male's hand is observed moving over the panties of a child who is asleep on the ground. The male rubs his finger across the child's vagina.
**Date Created:** June 14, 2019

**Title:** Video – 14-Jun-2019 14:29:59
**Description:** The video is approximately 40 seconds in length. The video is of an adult male and a female child who is approximately 3 years old. In the video an adult male's erect penis is rubbed against the vagina of the child. The adult male tries to penetrate the child with his erect penis.
**Date Created:** June 14, 2019

17.  SA Kaufman spoke to Sanford Police Department Detective Justine Hooper. Detective Hooper stated every child that was identified by law enforcement was in the care and custody of JOHNSON at the time of their victimization. Additionally, the images and videos contained within the device were transported or transmitted using the Apple iPhone 13, which is a means or facility of interstate commerce.

7

18. On February 23, 2022, D.A. was interviewed at the FBI in Orlando, Florida. During the interview, D.A. stated he was in business with a male identified as JOHNSON and has been in business with JOHNSON for approximately 6 years. D.A. held a business relationship with JOHNSON and sometimes hung out with D.A. during special events. Approximately 6 months ago, JOHNSON told D.A. that he wanted to travel to meet "young girls". JOHNSON stated he wanted to travel to the Dominican Republic so he could find young girls. D.A. asked JOHNSON how young, and JOHNSON stated, "young enough to get me in trouble". D.A. became alarmed about this statement and played along telling JOHNSON that he liked young children too.

19. D.A. stated on the morning of January 28, 2022, JOHNSON called him and stated that a female they were fostering discovered a hidden camera in the wall socket. JOHNSON stated that the foster daughter discovered the device because the device was emitting a blue light indicating the camera had lost internet connection. JOHNSON was worried that his foster daughter was going to report the incident to law enforcement. JOHNSON told D.A. that he installed the hidden cameras to secretly catch his foster children in the nude. JOHNSON opened his cellular telephone and showed D.A. several videos and images of JOHNSON victimizing young children. D.A. observed a young baby in which JOHNSON'S erect penis was placed across the infant's vagina. D.A. asked "Damn bro that's you", JOHNSON commented "It is not the size because it fits". D.A. believed this meant JOHNSON was having sexual intercourse with the child. D.A. also observed

a video of a female child who was approximately 3-4 years old. In the video, JOHNSON moves the child's panties aside and spreads the child's vagina apart. JOHNSON told D.A. that the child tasted "so pure" meaning that JOHNSON had performed oral sex on the child. JOHNSON gave D.A. the wall socket cameras for safe keeping until JOHNSON could pick up the items at a later date.

20. Later that night, JOHNSON contacted D.A again and told him that he believed that law enforcement was going to come get his devices. JOHNSON requested to meet D.A. so he could turn the items over to D.A. for safe keeping. D.A. met JOHNSON at their place of employment. During this meeting, D.A. recorded the conversation. During the conversation, JOHNSON told D.A. that the iPhone he was turning over to D.A. was his (JOHNSON'S) baby and that the phone cost $2,600. JOHNSON provided this information in explanation for why he did not destroy the phone. JOHNSON expressed his nervousness regarding the CSAM which was located on all the devices he was turning over to D.A.

21. The images and videos retrieved from JOHNSON'S cell phone corroborate the information obtained from D.A. as to the nature and scope of the sexual abuse of the minors.

## CONCLUSION

22. In light of the above, I submit there is probable cause to believe that on or about January 4, 2022, JOHNSON used, employed, induced, enticed, persuaded, or coerced a minor to engage in sexually explicit conduct fort the purpose of producing a visual depiction of such conduct through the use of a device that traveled in, and is a facility of interstate commerce, in violation of 18 U.S.C. § 2251(a).

_____
Rodney Hyre, Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me
this 25th day of February, 2022.

_____
LESLIE HOFFMAN PRICE
United States Magistrate Judge