UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.     CASE NO. 6:22-cr-43-WWB-GJK

JUSTIN DWAYNE JOHNSON, SR.

### NOTICE OF RELATED ACTION

In accordance with Local Rule 1.07(c), I certify that the instant action:

☒ IS related to pending or closed civil or criminal cases previously filed in this court, or any other Federal or State court, or administrative agency as indicated below:
6:22-mj-1154 (Complaint), 18th Judicial Circuit case no. 22-CF-374-A

☐ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Related Action upon each party no later than eleven days after appearance of the party.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By: /s/ Courtney Richardson-Jones
Courtney Richardson-Jones
Assistant United States Attorney
FL Bar No. 91608
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
E-mail: Courtney.richardson-jones@usdoj.gov

U.S. v. JOHNSON, SR.　　　　　　　　Case No. 6:22-cr-43-WWB-GJK

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

F. Wesley Blankner, Esquire

　　　　　　　　　　　　　　*/s/ Courtney Richardson-Jones*
　　　　　　　　　　　　　　Courtney Richardson-Jones
　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　FL Bar No. 91608
　　　　　　　　　　　　　　400 W. Washington Street, Suite 3100
　　　　　　　　　　　　　　Orlando, Florida 32801
　　　　　　　　　　　　　　Telephone:   (407) 648-7500
　　　　　　　　　　　　　　Facsimile:    (407) 648-7643
　　　　　　　　　　　　　　E-mail: Courtney.richardson-jones@usdoj.gov