UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                                            CASE NO. 6:22-cr-43-WWB-GJK

JUSTIN DWAYNE JOHNSON, SR.

### GOVERNMENT'S NOTICE OF INTENT TO INTRODUCE EVIDENCE UNDER FED. R. EVID. 404(b)

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, notifies this Honorable Court and all counsel that it intends to introduce evidence, pursuant to Fed. R. Evid. 404(b), of other crimes, wrongs or acts the defendants committed before, during, and after the dates of the conspiracy alleged in the Indictment.

The Fed. R. Evid. 404(b) evidence the United States intends to introduce includes:

    a. The defendant massaged the back of the inner thigh and bare butt cheeks of child victim 6 while she laid on her stomach on more than one occasion.

    b. Evidence of videos found on the defendant's Apple iPhone that constitute attempts to create child pornography. These videos show the bodies of multiple child victims while the child victims were in the shower. The videos were recorded from outside of the bathroom door using some

sort of mirror tool. These are all evidence of the defendant's *modus operandis*—his method of creating child pornography.

c.  The defendant called child victim 14 into his bedroom while he was naked. When child victim 14 asked the defendant what he called her for the defendant did not provide a reason.

d.  The defendant hugged child victim 14 from behind. Child victim 14 could feel the defendant's erect penis on her body during the hug.

e.  The defendant walked into the bathroom more than once while his female foster children were taking a shower. While in the bathroom the defendant pulled back the shower curtain and looked at the child's body.

f.  On one occasion the defendant told child victim 6 to "stop or I'm going to stick my finger up your vagina."

g.  The defendant touched child victim 6's and child victim 13's butts and breasts each time he wrestled or "play fought" with each child victim.

h.  The defendant would frequently slap the butts of his foster children despite the children telling the defendant to stop.

i.  "Family Lust" pornographic magazines with child erotica and incest articles found in the defendant's bedroom during the state search warrant. Two examples of articles are: "A sexy daughter asks, "why can't I seduce my dad?" and "Oops daddy did it again with his daughter."

     j.   The defendant has admitted certain of the above behaviors, including secretly recording his foster children in the nude; liking "young" girls; and possessing child sexual abuse material during his conversations with D.A.

All of the foregoing is evidence of the defendant's sexual interest in minors which is probative of his motive, modus operandi, and intent with respect to the charged offense conduct.

                                    Respectfully submitted,

                                    ROGER B. HANDBERG
                                  United States Attorney

                  By:   */s/ Courtney Richardson-Jones*
                          Courtney Richardson-Jones
                          Assistant United States Attorney
                          FL Bar No. 91608
                          400 W. Washington Street, Suite 3100
                          Orlando, Florida 32801
                          Telephone:  (407) 648-7500
                          Facsimile:   (407) 648-7643
                          E-mail: Courtney.richardson-jones@usdoj.gov

**U.S. v. JOHNSON**  **Case No.** 6:22-cr-43-WWB-GJK

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

F. Wesley Blankner, Jr., Esq
Ali & Blankner
217 NE Ivanhoe Blvd.
Orlando, Florida 32804

                                    */s/ Courtney Richardson-Jones*
                                    Courtney Richardson-Jones
                                    Assistant United States Attorney
                                    FL Bar Number: 91608
                                    400 W. Washington Street, Suite 3100
                                    Orlando, Florida 32801
                                    Telephone:   (407) 648-7500
                                    Facsimile:    (407) 648-7643
                                    E-mail: Courtney.richardson-jones@usdoj.gov