UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No. 6:22-cr-43-WWB-GJK

JUSTIN DWAYNE JOHNSON,SR.

### MOTION FOR APPOINTMENT OF GUARDIAN *AD LITEM*

The United States of America, by and through the undersigned Assistant United States Attorney, respectfully moves pursuant to 18 U.S.C. § 3509(h) for an order appointing guardian *ad litems* for the minor victims in the above-captioned case. In support of this motion, the United States avers as follows:

1.      On March 23, 2022, a federal grand jury in this district returned an Indictment against the defendant charging seven counts of production of child pornography, five counts of production and attempted production of child pornography, and one count of possession of child pornography.  These charges arise from the production and attempted production of child pornography of child victim 1 (CV1), CV2, CV3, CV4, CV5, CV6, CV8, CV11, CV12, and CV13.

2.      As a victim of the crime of which defendant is charged, CV1, CV2, CV3, CV4, CV5, CV6, CV8, CV11, CV12, and CV13   have legal rights and remedies afforded to them under federal law.

3.      Title 18 United States Code section 3509(h)(1) provides that the Court "may appoint, and provide reasonable compensation and payment of expenses for, a

guardian *ad litem* for a child who was a victim of … a crime involving abuse or exploitation to protect the best interests of the child."  18 U.S.C. § 3509(h)(1).

4.    The United States respectfully requests that the Court appoint a guardian *ad litem* to ensure that CV1, CV2, CV3, CV4, CV5, CV8, CV11, and CV12's interests are appropriately protected.

5.    The United States recommends that the Court consider the appointment of the Guardian *Ad Litem* Program in Osceola County of the Statewide Guardian *Ad Litem* Office in the 9th Judicial Circuit of Florida to be the guardian *ad litem* of CV1. On June 21, 2022, the undersigned sent an email to the Supervising Program Attorney, Brittany Rutan, regarding this request. As of today, the undersigned has not received a response.

6.    The United States recommends that the Court consider the appointment of the Guardian *Ad Litem* Program in Seminole County of the Statewide Guardian *Ad Litem* Office in the 18th Judicial Circuit of Florida to be the guardian *ad litem* of CV2, CV3, CV4, CV5, CV8, and CV11. The undersigned has conferred with the Program Director, Amber Padrick, who has advised that CV2, CV3, CV4, CV5, CV8, and CV11 currently have guardian *ad litems* assigned in each of their ongoing dependency cases. On June 22, 2022, Regional Program Attorney Camille Frazer, informed the undersigned that the program was not agreeing to have the current guardian *ad litems* appointed for the criminal case due to fear of potential conflicts between the two cases. The United States needs a guardian to contact to ensure the child victims' rights are

protected throughout the duration of this case and an alleged conflict is not apparent in this case.

7.     The United States recommends that the Court consider the appointment of the Orange County Guardian *Ad Litem* Program of the Legal Aid Society of the Orange County Bar Association, Inc., in the 9th Judicial Circuit of Florida to be the guardian *ad litem* of CV12 and CV14. The undersigned has conferred with the Guardian *Ad Litem* Program Director of Legal Services, Ronnie Syme, who has advised that the Guardian *Ad Litem* Program has no objection to the appointment.

8.     The United States is submitting to the Court *ex parte* an unredacted Proposed Order and requests that the unredacted Proposed Order be granted and sealed to protect the identity of the minor victims.

9.     Undersigned counsel has conferred with defense counsel, F. Wesley Blankner, who has advised that he takes no position with respect to the motion.

Accordingly, the United States respectfully requests that the Court order that Guardian *Ad Litem* Program in Osceola County of the Statewide Guardian *Ad Litem* Office in the 9th Judicial Circuit of Florida be appointed to serve as guardian *ad litem* on behalf of CV1 in the above-captioned case.

Accordingly, the United States respectfully requests that the Court order that Guardian *Ad Litem* Program in Seminole County of the Statewide Guardian *Ad Litem* Office in the18th Judicial Circuit of Florida be appointed to serve as guardian *ad litem* on behalf of CV2, CV3, CV4, CV5, CV8, and CV11 in the above-captioned case.

Accordingly, the United States respectfully requests that the Court order that Orange County Guardian *Ad Litem* Program of the Legal Aid Society of the Orange County Bar Association, Inc., in the 9th Judicial Circuit of Florida to be the guardian *ad litem* of CV12 and CV14 in the above-captioned case.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By:   */s/ Courtney D. Richardson-Jones*
COURTNEY D. RICHARDSON-JONES
Assistant United States Attorney
Florida Bar No. 91608
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:   (407) 648-7500
Facsimile:    (407) 648-7643
E-mail:Courtney.richardson-jones@usdoj.gov

4

**U.S. v. JUSTIN DWAYNE JOHNSON, SR.   Case No.6:22-cr-43-WWB-GJK**

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

F.Wesley Blankner, Esq.
*Attorney for Justin Dwayne Johnson, Sr.*

/s/ Courtney D. Richardson-Jones
Courtney D. Richardson-Jones
Assistant United States Attorney