UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                                                          CASE NO. 6:22-cr-43-WWB-GJK

JUSTIN DWAYNE JOHNSON, SR.

**UNOPPOSED MOTION TO SEAL GOVERNMENT'S UNREDACTED
SENTENCING MEMORANDUM AND EXHIBITS**

The United States of America moves for leave to (a) file on the public docket a redacted version of its sentencing exhibits; and (b) file under seal an unredacted version of the same documents. The proposed redacted material includes references to the names and photographs of minors, all of whom were victims of the defendant.

The United States requests this relief in order to protect the privacy of the individuals referenced above.

Pursuant to Local Rule 3.01, the undersigned certifies that she has conferred with opposing counsel, who does not oppose this motion.

        Respectfully submitted,

        ROGER B. HANDBERG
        United States Attorney

By:    */s/ Courtney D. Richardson-Jones*
        Courtney D. Richardson-Jones
        Assistant United States Attorney
        Florida Bar No. 91608
        400 W. Washington St., Ste. 3100
        Orlando, Florida 32801
        Telephone: (407) 648-7500
        Facsimile: (407) 648-7643
        E-mail: Courtney.richardson-jones@usdoj.gov

**U.S. v. JUSTIN DWAYNE JOHNSON, SR.**          Case No.6:22-cr-43-WWB-DAB

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    F. Wesley Blankner, Esquire
    Counsel for Defendant

                                                   */s/ Courtney D. Richardson-Jones*
                                                   Courtney D. Richardson-Jones
                                                   Assistant United States Attorney
                                                   Florida Bar No. 91608
                                                   400 W. Washington St., Ste. 3100
                                                   Orlando, Florida 32801
                                                   Telephone: (407) 648-7500
                                                   Facsimile: (407) 648-7643
                                                   E-mail: Courtney.richardson-jones@usdoj.gov