UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:22-cr-43-WWB-DAB

JUSTIN DWAYNE JOHNSON, SR.

### UNITED STATES' UNOPPOSED MOTION TO ALLOW TELEPHONIC APPEARANCE OF VICTIM AT SENTENCING HEARING

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, files this motion requesting that the Court allow Child Victim 16 (CV 16) to appear at the sentencing hearing telephonically. While CV 16 is no longer a minor CV 16 was a minor during the offense conduct committed in this case. CV 16 has submitted a victim impact statement that was submitted to the Court in Doc. 64. Due to life experiences CV 16 has not left CV 16's residence or the residence's courtyard area in approximately two years. CV 16 would like to attend the sentencing but cannot physically come to the courthouse.

Pursuant to Local Rule 3.01, the undersigned certifies that she has conferred with opposing counsel, who does not oppose this motion.

WHEREFORE, the United States respectfully requests that this Court allow CV 16 to appear by telephone at the sentencing hearing currently scheduled for November 17, 2022.

        Respectfully submitted,

        ROGER B. HANDBERG
        United States Attorney

By:    /s/ *Courtney D. Richardson-Jones*
        Courtney D. Richardson-Jones
        Assistant United States Attorney
        Florida Bar No. 91608
        400 W. Washington Street, Suite 3100
        Orlando, Florida 32801
        Telephone:  (407) 648-7500
        Facsimile:   (407) 648-7643
        E-mail: Courtney.richardson-jones@usdoj.gov

**U.S. v. JUSTIN DWAYNE JOHNSON, SR.**     **Case No.6:22-CR-43-WWB-DAB**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 16, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

F. Wesley Blankner, Esquire
Counsel for Defendant

/s/ <u>*Courtney D. Richardson-Jones*</u>
Courtney D. Richardson-Jones
Assistant United States Attorney
Florida Bar No. 91608
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
E-mail: Courtney.richardson-jones@usdoj.gov
